# EXHIBIT 3

# EXHIBIT A



NO. 12-06462                    FILED

|   |   |   |
|---|---|---|
| AVIALL SERVICES, INC. | § | IN THE DISTRICT COURT |
|   | § | 2012 JUN 11  PM 3:29 |
|   | § | GARY FITZSIMMONS |
| Plaintiff, | § | DISTRICT CLERK |
|   | § | DALLAS CO., TEXAS |
| VS. | § | DEPUTY |
|   | § | DALLAS COUNTY, TEXAS |
| EVERGREEN INTERNATIONAL AIRLINES, INC. | § |   |
|   | § |   |
| Defendants. | § | JUDICIAL DISTRICT |
|   | § |   |

## PLAINTIFF'S ORIGINAL PETITION

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES** Aviall Services, Inc. (hereinafter called **"Plaintiff"**) complaining of Evergreen International Airlines, Inc. (hereinafter called **"Defendant"**) and for cause of action would respectfully show the Court as follows:

### I.

Discovery will be conducted under Level II of the Texas Rules of Civil Procedure 190.

### II.

Defendant Evergreen International Airlines, Inc. is a foreign corporation, qualified to do business in the State of Texas and may be served with citation by serving its registered agent for service, CT Corporation, at the registered office 350 N. St. Paul Street, Suite 2900, Dallas Texas 75201. Venue is proper in Dallas County, Texas since it is the County in which a substantial portion of the events giving rise to the claim occurred.

### III.

Heretofore on the dates shown on the invoices which are attached hereto collectively as Exhibit "A" and which are incorporated herein by reference for all intents and purposes, Plaintiff, at the special instance and request of Defendant, sold and delivered to Defendant, in the regular course of business, the goods, wares and merchandise reflected in said invoices. Defendant agreed and promised to pay Plaintiff the amounts and prices thereof as shown on such invoices, or in the alternative, said prices are the reasonable value of said merchandise sold and delivered to Defendant.

### V.

Plaintiff is the owner of all of the accounts as set forth on the attached Exhibit "A".

### VI.

The total amount due to Plaintiff from the Defendant arising from the account of the Defendant with Plaintiff, after allowing all just and lawful offsets, payments and credits allowable on the account, is the total sum of Five Hundred Ninety Nine Thousand Four Hundred Twenty Three and 68/100 Dollars ($599,423.68).

### VII.

The invoices on which Plaintiff's account is based are more than thirty (30) days past due from and after the time when the sums reflected on said invoices were due and payable. Accordingly, Plaintiff is entitled to pre-judgment interest at the rate of six percent (6%) per annum commencing on the 30th day from and after the time when the sums reflected on said invoices were due and payable with said interest to run until date of judgment.

## VIII.

Plaintiff has demanded that the Defendant make payment of the full sums due and owing under the terms of the account. Defendant has failed and continues in its failure and refusal to pay the same or any part thereof to Plaintiff's damages as aforesaid.

## IX.

Plaintiff has substantially performed all conditions precedent to seeking the relief sought herein.

## X.

Because of Defendant's failure and refusal to pay the amounts due and owing under the terms of its account, Plaintiff employed the undersigned firm of attorneys to assist in the exercise of its right and remedies under the account and in so doing, Plaintiff agreed to pay said attorneys a reasonable fee for services rendered. Plaintiff is therefore entitled to reasonable attorneys' fees for the trial of this matter plus reasonable attorneys' fees if the case is appealed to the Court of Appeals and reasonable attorneys' fees if this case is carried by appeal or Petition for Review to the Texas Supreme Court.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff prays that the Defendant be cited to appear and answer herein, and upon final hearing hereof, Plaintiff be awarded judgment as follows: damages from and against the Defendant, in the sums set forth in Paragraph VI, plus prejudgment interest and post judgment interest at the legal rate plus reasonable attorneys' fees from the Defendant for the trial of this matter, reasonable attorneys' fees from the Defendant if this case is appealed to the Court of Appeals, reasonable attorneys' fees from the Defendant if

this case is carried by appeal or Petition for Review to the Texas Supreme Court and all costs of court from said Defendant and interest on said attorneys' fees and court costs at the legal rate from and after the date of Judgment until paid in full and for such other and further relief, both in law and in equity as Plaintiff may show itself justly entitled.

Respectfully submitted,

**Neil J. Orleans**
State Bar No. 15303500

**Lindsey L. Reinhardt**
State Bar No. 24070485

**GOINS, UNDERKOFLER, CRAWFORD & LANGDON, L.L.P.**
1201 Elm Street, Suite 4800
Dallas, Texas  75270
(214) 969-5454
(214) 969-5902 (Fax)

Attorneys for Plaintiff,
**Aviall Services, Inc.**

## AFFIDAVIT

**STATE OF TEXAS**                §
                                  §
**COUNTY OF DALLAS**              §

**BEFORE ME**, a Notary Public in and for State of Texas on this day personally appeared **Jim Cicero**, known to me to be the person whose name is subscribed to the following affidavit and statement under oath and who, having been by me first duly sworn, upon her oath deposes and states as follows:

"My name is Jim Cicero. I am Manager of Financial Services for Aviall Services, Inc. Plaintiff in the suit of <u>Aviall Services, Inc. vs. Evergreen International Airlines, Inc.</u> I am over the age of 21 years, an adult resident of Dallas County, Texas, and fully competent and able to testify herein. I am duly qualified and authorized to make this affidavit on behalf of Aviall Services, Inc. and have personal knowledge of all of the facts set forth herein and am able to swear, as I hereby do swear, that all of such facts and statements herein contained are true and correct.

The above and foregoing Plaintiff's Original Petition in said cause of <u>Aviall, Services, Inc. vs. Evergreen International Airlines, Inc.</u> is totally true in each and every fact and statement therein set forth. The account is within my knowledge just and true. It is due and all just and lawful offsets, payments and credits have been allowed."

**AVIALL SERVICES, Inc.**

By: _____

Jim Cicero, Manager, Financial Services

**SUBSCRIBED AND SWORN TO BEFORE ME** by the said Jim Cicero on this the _6th_ day of June 2012.



Notary Public, State of Texas

My Commission Expires:

_1-31-14_

Vicki Pryor

Printed or Stamped Name of Notary

VICKI PRYOR
My Commission Expires
January 31, 2014

# EXHIBIT "A"



**Questions? Call 1-800-AVIALL-1**

# INVOICE

| ALL RETURNED MERCHANDISE IS |
| SUBJECT TO A HANDLING CHARGE |

**PAGE:** 1.

**REMIT TO:**

AVIALL INC.
PO BOX 671220
DALLAS          TX 75389-0207

| **INVOICE:** | 2400429515 | **SHIP NBR:** | **6546588** |
| **INVOICE DATE:** | 08/02/11 | | |
| **DUE DATE:** | 09/01/11 | | |

**BILL TO:   CUSTOMER:**      294280

‑ ‑‑‑ ‑ ‑‑ ‑ᴵᴵᵁᴵᵁᴵᵁᴵᵁᴵᵁᴵᴵᵁᴵᵁᴵᵁᴵᵁᴵᵁᴵᴵᵁᴵᵁᴵᴵᵁᴵᴵᵁᴵᵁᴵᴵᵁᴵᵁᴵᴵ ‑ ‑‑ ‑ ‑‑

EVERGREEN INTERNATIONAL A/L
3850 THREE MILE LANE
MCMINNVILLE    OR 97128

**SHIP TO:**

Israel Aircraft Industries Ltd
Ben Gurion International Airpo
Attn: David Yaari
Register No. B000000061
Ph No. 972-3-935-5697
ISRAEL

| **TERMS:** | Net 30 | | |
| | 30 days from inv date | | |
| **ORDER:** | 11269572 | **METHOD:** | CEVA - PREPAID |
| **ORDER DATE:** | 07/27/11 | **SALESPERSON:** | DOUG COLE |
| **CUSTOMER P.O.:** | 400EH9708 | **CURRENCY:** | United States Dollar |

| LINE | ITEM | QUANTITY | SELL UOM | DISCOUNT | NET AMOUNT |
| | DESCRIPTION | UNIT PRICE | PRICE UOM | | |
| | CRTN 000001 TRACK# 66480838 | DESC: 08-02-11 PON/MM | | | |
| | CRTN 000002 TRACK# CEVA | DESC: 45X45X33-302 50X42X57-503 | | | |
| | ESN 689551 | | | | |
| 1 | J9 822849AV | 1 KT | | | 1,750,000.00 |
| | KIT: | 1750000.00 KT | | | |
| | 7J EVERGREEN KIT | | | | |
| | Line Lot/Serial Details: | | | | |
| | 48015217  KT | 1 | | | |
| | Sales Tax | | | | 0.00 |

Balance remaining
$ 583,333.34

### CERTIFICATE OF CONFORMANCE

It is hereby certified that Aviall Services, Inc., is an approved distributor and meets all requirements of ISO9001, AS9100, AS9120 and AC 00-56 at 2750 Regent Blvd, DFW Airport, Texas. The products, articles or parts referenced on this document are in new or overhauled condition and were purchased from an approved source (FAA, EASA, TCCA, Mil Spec or Commercial). The Original Manufacturers' Certifications are maintained on file at our central office location, and copies are available upon request or at Aviall.com. For overhauled or repaired products, articles or parts, the original FAA 8130-3 / EASA Form 1 (Return to Service) or Yellow Tag, from the FAA/JAA/EASA approved Air Agency are attached to the component.

**Signature**  JR Hofmann, Director, Quality Assurance & Training     08/02/11
                                                                      Date

| **FREIGHT CHARGE:** | 0.00 |
| **FUEL SURCHARGE:** | 0.00 |
| **GROSS AMOUNT:** | 1,750,000.00 |
| **INVOICE DISCOUNT:** | 0.00 |
| **NET AMOUNT:** | 1,750,000.00 |
| **TAX AMOUNT:** | 0.00 |
| **DOWN PAYMENT:** | 0.00 |
| **NET AMOUNT DUE:** | 1,750,000.00 |

AV24 R2-99      **THIS IS TO CERTIFY THAT AVIALL HAS COMPLIED WITH THE PROVISIONS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.**



**Questions? Call 1-800-AVIALL-1**

# INVOICE

ALL RETURNED MERCHANDISE IS
SUBJECT TO A HANDLING CHARGE

PAGE: 1

| | | | |
|---|---|---|---|
| **INVOICE:** | 2400430917 | **SHIP NBR:** 6578654 | |
| **INVOICE DATE:** | 08/16/11 | | |
| **DUE DATE:** | 09/15/11 | | |

**REMIT TO:**

AVIALL INC.
PO BOX 671220
DALLAS                TX 75389-0207

**BILL TO:     CUSTOMER:**     294280

EVERGREEN INTERNATIONAL A/L
3850 THREE MILE LANE
MCMINNVILLE     OR 97128

**SHIP TO:**

EVERGREEN INTERNATIONAL A/L
3830 OLD INTERNATIONAL AIRPORT
ANCHORAGE          AK 99502
U.S.A.

| | | |
|---|---|---|
| **TERMS:** | Net 30 | |
| | 30 days from inv date | |
| **ORDER:** | 11340775 | **METHOD:** UPS BLUE - COLLECT |
| **ORDER DATE:** | 08/16/11 | **SALESPERSON:** DOUG COLE |
| **CUSTOMER P.O.:** | 400EJ0425 | **CURRENCY:** United States Dollar |

| LINE | ITEM / DESCRIPTION | QUANTITY / UNIT PRICE | SELL UOM / PRICE UOM | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| | CRTN 000001 TRACK# 1Z7557550227870258 | | | | |
| | CRTN 000002 TRACK# 1Z7557550227870267 | | | | |
| | CRTN 000003 TRACK# 1Z7557550227870276 | | | | |
| | CRTN 000004 TRACK# 1Z7557550227870285 | | | | |
| | CRTN 000005 TRACK# 1Z7557550227870294 | | | | |
| | CRTN 000006 TRACK# 1Z7557550227870301 | | | | |
| | CUSTOMER UPS COLLECT ACC# A85-6X8 | | | | |
| 1 | 3Z MOBILJETIIQT | 144 | EA | | 2,361.60 |
| | OIL: TURBINE,SYNTHETIC,QT | 16.40 | EA | | |
| | EXXON MOBIL JET II | | | | |
| | Line Lot/Serial Details: | | | | |
| | 0611793651   EA | 144 | | | |
| | MIL-PRF-23699F STD | | | | |
| | Sales Tax | | | | 0.00 |

## CERTIFICATE OF CONFORMANCE

It is hereby certified that Aviall Services, Inc., is an approved distributor and meets all requirements of ISO9001, AS9100, AS9120 and AC 00-56 at 2750 Regent Blvd, DFW Airport, Texas. The products, articles or parts referenced on this document are in new or overhauled condition and were purchased from an approved source (FAA, EASA, TCCA, Mil Spec or Commercial). The Original Manufacturers' Certifications are maintained on file at our central office location, and copies are available upon request or at Aviall.com. For overhauled or repaired products, articles or parts, the original FAA 8130-3 / EASA Form 1 (Return to Service) or Yellow Tag, from the FAA/JAA/EASA approved Air Agency are attached to the component.

Signature   JR Hofmann, Director, Quality Assurance & Training     08/16/11   Date

THIS IS TO CERTIFY THAT AVIALL HAS COMPLIED WITH THE PROVISIONS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.

| | |
|---|---|
| **FREIGHT CHARGE:** | 0.00 |
| **FUEL SURCHARGE:** | 0.00 |
| **GROSS AMOUNT:** | 2,361.60 |
| **INVOICE DISCOUNT:** | 0.00 |
| **NET AMOUNT:** | 2,361.60 |
| **TAX AMOUNT:** | 0.00 |
| **DOWN PAYMENT:** | 0.00 |
| **NET AMOUNT DUE:** | 2,361.60 |

AV24 R2-99



# INVOICE

Questions? Call 1-800-AVIALL-1

**ALL RETURNED MERCHANDISE IS SUBJECT TO A HANDLING CHARGE**

PAGE: 1

**REMIT TO:**

AVIALL INC.
PO BOX 671220
DALLAS                  TX 75389-0207

| | |
|---|---|
| **INVOICE:** | 2400432611 |
| **INVOICE DATE:** | 09/01/11 |
| **DUE DATE:** | 10/01/11 |

**SHIP NBR:** 6611199

**BILL TO:     CUSTOMER:**     294280

EVERGREEN INTERNATIONAL A/L
3850 THREE MILE LANE
MCMINNVILLE     OR 97128

**SHIP TO:**     9

EVERGREEN INT'L AIRLINES
191 W STREET BLDG 925
TRAVIS AFB              CA 94535
U.S.A.

| | |
|---|---|
| **TERMS:** | Net 30 |
| | 30 days from inv date |
| **ORDER:** | 11249982 |
| **ORDER DATE:** | 07/28/11 |
| **CUSTOMER P.O.:** | 400EH9779 |

**METHOD:**     UPS - COLLECT
**SALESPERSON:**     DOUG COLE
**CURRENCY:**     United States Dollar

| LINE | ITEM | QUANTITY | SELL UOM | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| | DESCRIPTION | UNIT PRICE | PRICE UOM | | |
| | CRTN 000001 TRACK# 1Z7557550327993776 | | | | |
| | CUSTOMER UPS COLLECT ACC# V29 2F2 | | | | |
| 1 | 19 MS20995C18SS1LB | 5 EA | | | 60.50 |
| | WIRE: LOCK,STAINLESS, .018 | 12.10 EA | | | |
| | Line Lot/Serial Details: | | | | |
| | 0811948809   EA | 5 | | | |
| | Sales Tax | | | | 0.00 |

**CERTIFICATE OF CONFORMANCE**

It is hereby certified that Aviall Services, Inc., is an approved distributor and meets all requirements of ISO9001, AS9100, AS9120 and AC 00-56 at 2750 Regent Blvd, DFW Airport, Texas. The products, articles or parts referenced on this document are in new or overhauled condition and were purchased from an approved source (FAA, EASA, TCCA, Mil Spec or Commercial). The Original Manufacturers' Certifications are maintained on file at our central office location, and copies are available upon request or at Aviall.com. For overhauled or repaired products, articles or parts, the original FAA 8130-3 / EASA Form 1 (Return to Service) or Yellow Tag from the FAA/JAA/EASA approved Air Agency are attached to the component.

Signature   JR Hofmann, Director, Quality Assurance & Training     09/01/11   Date

AV24 R2-99     THIS IS TO CERTIFY THAT AVIALL HAS COMPLIED WITH THE PROVISIONS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.

| | |
|---|---|
| **FREIGHT CHARGE:** | 0.00 |
| **FUEL SURCHARGE:** | 0.00 |
| **GROSS AMOUNT:** | 60.50 |
| **INVOICE DISCOUNT:** | 0.00 |
| **NET AMOUNT:** | 60.50 |
| **TAX AMOUNT:** | 0.00 |
| **DOWN PAYMENT:** | 0.00 |
| **NET AMOUNT DUE:** | 60.50 |



**AVIALL®**

Questions? Call 1-800-AVIALL-1

# INVOICE

ALL RETURNED MERCHANDISE IS
SUBJECT TO A HANDLING CHARGE

PAGE:       1

**REMIT TO:**

AVIALL INC.
PO BOX 671220
DALLAS                    TX 75389-0207

| | |
|---|---|
| **INVOICE:** | 2400432644    **SHIP NBR:**   6614174 |
| **INVOICE DATE:** | 09/01/11 |
| **DUE DATE:** | 10/01/11 |

**BILL TO:    CUSTOMER:**       294280

EVERGREEN INTERNATIONAL A/L
3850 THREE MILE LANE
MCMINNVILLE    OR 97128

**SHIP TO:**       4

EVERGREEN INTL AIRLINES INC.
BLDG 87
CARGO PLAZA RD
JFK INTERNATIONAL AIRPORT
JAMAICA                NY 11430
U.S.A.

**TERMS:**  Net 30
           30 days from inv date

**ORDER:**       11394457
**ORDER DATE:**  09/01/11
**CUSTOMER P.O.:**  400EJ0733

**METHOD:**  UPS 3 DAY - PREPAID
**SALESPERSON:**  BURT STIMSON
**CURRENCY:**  United States Dollar

| LINE | ITEM | QUANTITY | SELL UOM | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| | DESCRIPTION | UNIT PRICE | PRICE UOM | | |
| | CRTN 000001 TRACK# 12755755122800098O | | | | |
| | CUSTOMER UPS COLLECT ACC# A85-6X8 | | | | |
| 1 | ON CH31905 | 7 EA | | | 3,715.25 |
| | IGNTER CF6 | 530.75 EA | | | |
| | CF6 | | | | |
| | Line Lot/Serial Details: | | | | |
| | 0811889344   EA | 7 | | | |
| | Sales Tax | | | | 0.00 |

**CERTIFICATE OF CONFORMANCE**

It is hereby certified that Aviall Services, Inc., is an approved distributor and meets all requirements of ISO9001,
AS9100, AS9120 and AC 00-56 at 2750 Regent Blvd, DFW Airport, Texas. The products, articles or parts
referenced on this document are in new or overhauled condition and are purchased from an approved source
(FAA, EASA, TCCA, MI Spec or Commercial). The Original Manufacturers' Certifications are maintained on
file at our central office location, and copies are available upon request at Aviall.com. For overhauled or
repaired products, articles or parts, the original FAA 8130-3 / EASA Form 1 (Return to Service) or Yellow Tag,
from the FAA/JAA/EASA approved Air Agency are attached to the component.

Signature    _JR Hofmann, Director, Quality Assurance & Training_          08/01/11
                                                                          Date

| | |
|---|---|
| **FREIGHT CHARGE:** | 0.00 |
| **FUEL SURCHARGE:** | 0.00 |
| **GROSS AMOUNT:** | 3,715.25 |
| **INVOICE DISCOUNT:** | 0.00 |
| **NET AMOUNT:** | 3,715.25 |
| **TAX AMOUNT:** | 0.00 |
| **DOWN PAYMENT:** | 0.00 |
| **NET AMOUNT DUE:** | 3,715.25 |

AV24 R2-99         THIS IS TO CERTIFY THAT AVIALL HAS COMPLIED WITH THE PROVISIONS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.



**Questions? Call 1-800-AVIALL-1**

# INVOICE

ALL RETURNED MERCHANDISE IS SUBJECT TO A HANDLING CHARGE

**PAGE:** 1

| | | |
|---|---|---|
| **INVOICE:** | 2400441491 | **SHIP NBR:** 6818933 |
| **INVOICE DATE:** | 12/07/11 | |
| **DUE DATE:** | 01/06/12 | |

**REMIT TO:**

AVIALL INC.
PO BOX 671220
DALLAS            TX 75389-0207

**BILL TO:      CUSTOMER:      294280**

EVERGREEN INTERNATIONAL A/L
3850 THREE MILE LANE
MCMINNVILLE      OR 97128

**SHIP TO:      4**

EVERGREEN INTL AIRLINES INC.
BLDG 87
CARGO PLAZA RD
JFK INTERNATIONAL AIRPORT
JAMAICA                NY 11430
U.S.A.

**TERMS:** Net 30
          30 days from inv date
**ORDER:**      11724649
**ORDER DATE:** 12/07/11
**CUSTOMER P.O.:** 400EJ1938

**METHOD:** UPS BLUE - COLLECT
**SALESPERSON:** BURT STIMSON
**CURRENCY:** United States Dollar

| LINE | ITEM / DESCRIPTION | QUANTITY SELL UOM / UNIT PRICE PRICE UOM | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|
| | CRTN 000001 TRACK# 1Z7557550228712300 | | | |
| | CUSTOMER UPS COLLECT ACC# A85-6X8 | | | |
| 1 | 5G 1990M27P01 | 4 EA | | 1,281.00 |
| | ROD END: W/BEARING | 320.25 EA | | |
| | Line Lot/Serial Details: | | | |
| | 0611813085   EA | 4 | | |
| | Sales Tax | | | 0.00 |

**CERTIFICATE OF CONFORMANCE**

It is hereby certified that Aviall Services, Inc., is an approved distributor and meets all requirements of ISO9001, AS9100, AS9120 and AC 00-56 at 2750 Regent Blvd, DFW Airport, Texas. The products, articles or parts referenced in this document are in new or overhauled condition and were purchased from an approved source (FAA, EASA, TCCA, Mil Spec or Commercial). The Original Manufacturers' Certifications are maintained on file at our central office location, and copies are available upon request or at Aviall.com. For overhauled or repaired products, articles or parts, the original FAA 8130-3 / EASA Form 1 (Return to Service) or Yellow Tag, from the FAA/JAA/EASA approved Air Agency are attached to the component.

Signature   JR Hofmann, Director, Quality Assurance & Training      12/07/11
                                                                   Date

| | |
|---|---|
| **FREIGHT CHARGE:** | 0.00 |
| **FUEL SURCHARGE:** | 0.00 |
| **GROSS AMOUNT:** | 1,281.00 |
| **INVOICE DISCOUNT:** | 0.00 |
| **NET AMOUNT:** | 1,281.00 |
| **TAX AMOUNT:** | 0.00 |
| **DOWN PAYMENT:** | 0.00 |
| **NET AMOUNT DUE:** | 1,281.00 |

AV24 R2-99      THIS IS TO CERTIFY THAT AVIALL HAS COMPLIED WITH THE PROVISIONS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.



**AVIALL.**

Questions? Call 1-800-AVIALL-1

# INVOICE

ALL RETURNED MERCHANDISE IS
SUBJECT TO A HANDLING CHARGE

PAGE:   1

**INVOICE:** 2400441615    **SHIP NBR:** 6820914

**INVOICE DATE:** 12/08/11

**DUE DATE:** 01/07/12

**BILL TO:     CUSTOMER:** 294280

**REMIT TO:**

AVIALL INC.
PO BOX 671220
DALLAS              TX 75389-0207

EVERGREEN INTERNATIONAL A/L
3850 THREE MILE LANE
MCMINNVILLE    OR 97128

**SHIP TO:** 2

EVERGREEN AIR CENTER INC
BLDG 61
PINAL AIR PARK
MARANA              AZ 85653
U.S.A.

**TERMS:** Net 30
30 days from inv date

**ORDER:** 11729124

**ORDER DATE:** 12/08/11

**CUSTOMER P.O.:** 400EJ1742

**METHOD:** UPS BLUE - COLLECT

**SALESPERSON:** PHOENIX HOUSE ACCOUNT

**CURRENCY:** United States Dollar

| LINE | ITEM / DESCRIPTION | QUANTITY / UNIT PRICE | SELL UOM / PRICE UOM | DISCOUNT | NET AMOUNT |
|------|-------------------|-----------------------|----------------------|----------|------------|
| | CRTN 000001 TRACK# 1Z7557550228718724 | | | | |
| | CUSTOMER UPS COLLECT ACC#V29 2F2 | | | | |
| 1 | 28 MS20003-2 | 125 | EA | | 70.00 |
| | CARD: HUMIDITY | .56 | EA | | |
| | Line Lot/Serial Details: | | | | |
| | 0911034965    EA      125 | | | | |
| | MS20003-2 HUMIDITY INDICATOR CARD THREE SPOT | | | | |
| | Sales Tax | | | | 0.00 |

**CERTIFICATE OF CONFORMANCE**

It is hereby certified that Aviall Services, Inc., is an approved distributor and meets all requirements of ISO9001, AS9100, AS9120 and AC 00-56 at 2750 Regent Blvd, DFW Airport, Texas. The products, articles or parts referenced on this document are in new or overhauled condition and were purchased from an approved source (FAA, EASA, TCCA, Mil Spec or Commercial). The Original Manufacturers' Certifications are maintained on file at our central office location, and copies are available upon request or at Aviall.com. For overhauled or repaired products, articles or parts, the original FAA 8130-3 / EASA Form 1 (Return to Service) or Yellow Tag, from the FAA/JAA/EASA approved Air Agency are attached to the component.

Signature

JR Hofmann, Director, Quality Assurance & Training        12/08/11        Date

| | |
|---|---|
| **FREIGHT CHARGE:** | 0.00 |
| **FUEL SURCHARGE:** | 0.00 |
| **GROSS AMOUNT:** | 70.00 |
| **INVOICE DISCOUNT:** | 0.00 |
| **NET AMOUNT:** | 70.00 |
| **TAX AMOUNT:** | 0.00 |
| **DOWN PAYMENT:** | 0.00 |
| **NET AMOUNT DUE:** | 70.00 |

AV24 R2-99        THIS IS TO CERTIFY THAT AVIALL HAS COMPLIED WITH THE PROVISIONS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.



Questions? Call 1-800-AVIALL-1

# INVOICE

**ALL RETURNED MERCHANDISE IS SUBJECT TO A HANDLING CHARGE**

**PAGE:** 1

| | | |
|---|---|---|
| **INVOICE:** | 2400441629 | **SHIP NBR:** 6821794 |
| **INVOICE DATE:** | 12/08/11 | |
| **DUE DATE:** | 01/07/12 | |

**BILL TO:    CUSTOMER:** 294280

**REMIT TO:**

AVIALL INC.
PO BOX 671220
DALLAS                    TX 75389-0207

EVERGREEN INTERNATIONAL A/L
3850 THREE MILE LANE
MCMINNVILLE    OR 97128

**SHIP TO:**

EVERGREEN INTERNATIONAL A/L
BUILDING 500, PURPLE HEART WAY
ROOM 103
DOVER AIR FORCE BASE
DOVER                    DE 19901
U.S.A.

| | | | |
|---|---|---|---|
| **TERMS:** | Net 30 | | |
| | 30 days from inv date | | |
| **ORDER:** | 11730980 | **METHOD:** | UPS - COLLECT |
| **ORDER DATE:** | 12/08/11 | **SALESPERSON:** | DOUG COLE |
| **CUSTOMER P.O.:** | 400EJ1743 | **CURRENCY:** | United States Dollar |

| LINE | ITEM / DESCRIPTION | QUANTITY / UNIT PRICE | SELL UOM / PRICE UOM | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| | CRTN 000001 TRACK# 1Z7557550328721861 | | | | |
| | CUSTOMER UPS COLLECT ACC# V29 2F2 | | | | |
| 1 | 27 051138-95073 | 6 | RL | | 401.34 |
| | TAPE: AL FOIL 425,3INX60YD | 66.89 | RL | | |
| | SIL | | | | |
| | Line Lot/Serial Details: | | | | |
| | 1111186601  RL | 6 | | | |
| | Sales Tax | | | | 0.00 |

---

**CERTIFICATE OF CONFORMANCE**

It is hereby certified that Aviall Services, Inc., is an approved distributor and meets all requirements of ISO9001, AS9100, AS9120 and AC 00-56 at 2750 Regent Blvd. DFW Airport, Texas. The products, articles or parts referenced on this document are in new or overhauled condition and were purchased from an approved source (FAA, EASA, TCCA, Mil Spec or Commercial). The Original Manufacturers' Certifications are maintained on file at our central office location, and copies are available upon request or at Aviall.com. For overhauled or repaired products, articles or parts, the original FAA 8130-3 / EASA Form 1 (Return to Service) or Yellow Tag, from the FAA/JAA/EASA approved Air Agency are attached to the component.

**Signature**        JR Holmann, Director, Quality Assurance & Training        12/08/11 Date

| | |
|---|---|
| **FREIGHT CHARGE:** | 0.00 |
| **FUEL SURCHARGE:** | 0.00 |
| **GROSS AMOUNT:** | 401.34 |
| **INVOICE DISCOUNT:** | 0.00 |
| **NET AMOUNT:** | 401.34 |
| **TAX AMOUNT:** | 0.00 |
| **DOWN PAYMENT:** | 0.00 |
| **NET AMOUNT DUE:** | 401.34 |

AV24 R2-99        THIS IS TO CERTIFY THAT AVIALL HAS COMPLIED WITH THE PROVISIONS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.



**Questions? Call 1-800-AVIALL-1**

# INVOICE

ALL RETURNED MERCHANDISE IS
SUBJECT TO A HANDLING CHARGE

**PAGE:** 1.

**INVOICE:** 2400441802   **SHIP NBR:** 6823572
**INVOICE DATE:** 12/10/11
**DUE DATE:** 01/09/12

REMIT TO:

AVIALL INC.
PO BOX 671220
DALLAS          TX 75389-0207

**BILL TO:    CUSTOMER:**     294280

EVERGREEN INTERNATIONAL A/L
3850 THREE MILE LANE
MCMINNVILLE    OR 97128

SHIP TO:      4

EVERGREEN INTL AIRLINES INC.
BLDG 87
CARGO PLAZA RD
JFK INTERNATIONAL AIRPORT
JAMAICA              NY 11430
U.S.A.

**TERMS:**   Net 30
            30 days from inv date
**ORDER:**      11730618
**ORDER DATE:**  12/09/11
**CUSTOMER P.O.:**  400EJ1746

**METHOD:**   UPS - COLLECT
**SALESPERSON:**  BURT STIMSON
**CURRENCY:**   United States Dollar

| LINE | ITEM | QUANTITY | SELL UOM | DISCOUNT | NET AMOUNT |
| --- | --- | --- | --- | --- | --- |
| | DESCRIPTION | UNIT PRICE | PRICE UOM | | |
| | CRTN 000001 TRACK# 1Z7511880319107834 | | | | |
| | CRTN 000002 TRACK# 1Z7511880319107843 | | | | |
| | CUSTOMER UPS COLLECT ACC# V29 2F2 | | | | |
| 1 | 73 00116 | 48 EA | | | 574.56 |
| | LUBRICANT: GREASELESS,11OZ | 11.97 EA | | | |
| | LPS-1,AEROSOL | | | | |
| | Line Lot/Serial Details: | | | | |
| | 0711852299  EA | 48 | | | |
| 2 | 73 00216 | 48 EA | | | 569.76 |
| | LUBRICANT: HEAVY DUTY,11OZ | 11.87 EA | | | |
| | LPS-2,AEROSOL | | | | |
| | Line Lot/Serial Details: | | | | |
| | 0911971875  EA | 48 | | | |
| | Sales Tax | | | | 0.00 |

### CERTIFICATE OF CONFORMANCE

It is hereby certified that Aviall Services, Inc., is an approved distributor and meets all requirements of ISO9001, AS9100, AS9120 and AC 00-56 at 2750 Regent Blvd. DFW Airport, Texas.  The products, articles or parts referenced on this document are in new or overhauled condition and were purchased from an approved source (FAA, EASA, TCCA, Mil Spec or Commercial).  The Original Manufacturers' Certifications are maintained on file at our central office location, and copies are available upon request or at Aviall.com.  For overhauled or repaired products, articles or parts, the original FAA 8130-3 / EASA Form 1 (Return to Service) or Yellow Tag from the FAA/JAA/EASA approved Air Agency are attached to the component.

**Signature**   JR Hofmann, Director, Quality Assurance & Training

12/10/11
Date

| | |
| --- | --- |
| FREIGHT CHARGE: | 0.00 |
| FUEL SURCHARGE: | 0.00 |
| GROSS AMOUNT: | 1,144.32 |
| INVOICE DISCOUNT: | 0.00 |
| NET AMOUNT: | 1,144.32 |
| TAX AMOUNT: | 0.00 |
| DOWN PAYMENT: | 0.00 |
| NET AMOUNT DUE: | 1,144.32 |

AV24 R2-99      THIS IS TO CERTIFY THAT AVIALL HAS COMPLIED WITH THE PROVISIONS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.



**Questions? Call 1-800-AVIALL-1**

# INVOICE

| ALL RETURNED MERCHANDISE IS |
| SUBJECT TO A HANDLING CHARGE |

**PAGE:**   1

| | | | **REMIT TO:** |
|---|---|---|---|
| **INVOICE:** | 2400442361 | **SHIP NBR:** 6838324 | AVIALL INC. |
| **INVOICE DATE:** | 12/16/11 | | PO BOX 671220 |
| **DUE DATE:** | 01/15/12 | | DALLAS          TX 75389-0207 |
| **BILL TO:** | **CUSTOMER:** 294280 | | |

EVERGREEN INTERNATIONAL A/L
3850 THREE MILE LANE
MCMINNVILLE    OR 97128

**SHIP TO:**     4

EVERGREEN INTL AIRLINES INC.
BLDG 87
CARGO PLAZA RD
JFK INTERNATIONAL AIRPORT
JAMAICA               NY 11430
U.S.A.

| **TERMS:** | Net 30 | | |
|---|---|---|---|
| | 30 days from inv date | | |
| **ORDER:** | 11754582 | **METHOD:** | RED SAT - COLLECT |
| **ORDER DATE:** | 12/15/11 | **SALESPERSON:** | BURT STIMSON |
| **CUSTOMER P.O.:** | 400EJ1891 | **CURRENCY:** | United States Dollar |

| LINE | ITEM | QUANTITY | SELL UOM | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| | DESCRIPTION | UNIT PRICE | PRICE UOM | | |
| | CRTN 000001 TRACK# 1Z7557554428782086 | | | | |
| | CUSTOMER UPS COLLECT ACC# A85-6X8 | | | | |
| 1 | 3D H3312 | 3 EA | | | 920.70 |
| | HEADSET: | 306.90 EA | | | |
| | PJ-051 PLUG,W/PTT | | | | |
| | Line Lot/Serial Details: | | | | |
| | 1111156714  EA | 3 | | | |
| | | | | | |
| | Sales Tax | | | | 0.00 |

**CERTIFICATE OF CONFORMANCE**

It is hereby certified that Aviall Services, Inc., is an approved distributor and meets all requirements of ISO9001, AS9100, AS9120 and AC 00-56 at 2750 Regent Blvd, DFW Airport, Texas. The products, articles or parts referenced on this document are in new or overhauled condition and were purchased from an approved source (FAA, EASA, TCCA, Mil Spec or Commercial). The Original Manufacturers' Certifications are maintained on file at our central office location, and copies are available upon request at Aviall.com. For overhauled or repaired products, articles or parts, the original FAA 8130-3 / EASA Form 1 (Return to Service) or Yellow Tag from the FAA/JAA/EASA approved Air Agency are attached to the component.

Signature   ~~JR Holmann~~   JR Holmann  Director, Quality Assurance & Training   12/16/11   Date

| | |
|---|---|
| **FREIGHT CHARGE:** | 0.00 |
| **FUEL SURCHARGE:** | 0.00 |
| **GROSS AMOUNT:** | 920.70 |
| **INVOICE DISCOUNT:** | 0.00 |
| **NET AMOUNT:** | 920.70 |
| **TAX AMOUNT:** | 0.00 |
| **DOWN PAYMENT:** | 0.00 |
| **NET AMOUNT DUE:** | 920.70 |

AV24 R2-99      THIS IS TO CERTIFY THAT AVIALL HAS COMPLIED WITH THE PROVISIONS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.



**AVIALL.**

Questions? Call 1-800-AVIALL-1

# INVOICE

ALL RETURNED MERCHANDISE IS
SUBJECT TO A HANDLING CHARGE

PAGE: 1

| | | | REMIT TO: |
|---|---|---|---|
| **INVOICE:** | 2400443149 | **SHIP NBR:** 433019 | AVIALL INC. |
| **INVOICE DATE:** | 12/28/11 | | PO BOX 671220 |
| **DUE DATE:** | 01/27/12 | | DALLAS                    TX 75389-0207 |
| **BILL TO:** | **CUSTOMER:** | 294280 | |

EVERGREEN INTERNATIONAL A/L
3850 THREE MILE LANE
MCMINNVILLE      OR 97128

**SHIP TO:**      4

EVERGREEN INTL AIRLINES INC.
BLDG 87
CARGO PLAZA RD
JFK INTERNATIONAL AIRPORT
JAMAICA                NY 11430
U.S.A.

**TERMS:**   Net 30

30 days from inv date

**ORDER:**      11787306
**ORDER DATE:**   12/28/11
**CUSTOMER P.O.:**   400EJ1962

**METHOD:**   UPS BLUE - COLLECT
**SALESPERSON:**   BURT STIMSON
**CURRENCY:**   United States Dollar

| LINE | ITEM / DESCRIPTION | QUANTITY / UNIT PRICE | SELL UOM / PRICE UOM | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| | CRTN 000001 TRACK# 1Z3427270211706392 | | | | |
| | CUSTOMER UPS COLLECT ACC# A85-6X8 | | | | |
| 1 | 02 DC4-3OZ | 12 | EA | | 195.72 |
| | SEALANT: ELECTRIC INSULATE,3OZ | 16.31 | EA | | |
| | DOW CORNING DC4 | | | | |
| | Line Lot/Serial Details: | | | | |
| | 0711857155   EA | 12 | | | |
| | Sales Tax | | | | 0.00 |

**CERTIFICATE OF CONFORMANCE**

It is hereby certified that Aviall Services, Inc., is an approved distributor and meets all requirements of ISO9001, AS9100, AS9120 and AC 00-56 at 2750 Regent Blvd. DFW Airport, Texas. The products, articles or parts referenced on this document are in new or overhauled condition and were purchased from an approved source (FAA, EASA, TCCA, Mil Spec or Commercial). The Original Manufacturers' Certifications are maintained on file at our central office location, and copies are available upon request at Aviall.com. For overhauled or repaired products, articles or parts, the original FAA 8130-3 / EASA Form 1 (Return to Service) or Yellow Tag from the FAA/JAA/EASA approved Air Agency are attached to the component.

**Signature**    JR Hofmann, Director, Quality Assurance & Training    12/28/11   Date

| | |
|---|---|
| **FREIGHT CHARGE:** | 0.00 |
| **FUEL SURCHARGE:** | 0.00 |
| **GROSS AMOUNT:** | 195.72 |
| **INVOICE DISCOUNT:** | 0.00 |
| **NET AMOUNT:** | 195.72 |
| **TAX AMOUNT:** | 0.00 |
| **DOWN PAYMENT:** | 0.00 |
| **NET AMOUNT DUE:** | 195.72 |

AV24 R2-99          THIS IS TO CERTIFY THAT AVIALL HAS COMPLIED WITH THE PROVISIONS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.



**AVIALL®**

Questions? Call 1-800-AVIALL-1

# INVOICE

ALL RETURNED MERCHANDISE IS
SUBJECT TO A HANDLING CHARGE

PAGE: 1

| | | | |
|---|---|---|---|
| **INVOICE:** | 2400443509 | **SHIP NBR:** 6867696 | |
| **INVOICE DATE:** | 01/04/12 | | |
| **DUE DATE:** | 02/03/12 | | |

**REMIT TO:**

AVIALL INC.
PO BOX 671220
DALLAS          TX 75389-0207

**BILL TO:    CUSTOMER:** 294280

EVERGREEN INTERNATIONAL A/L
3850 THREE MILE LANE
MCMINNVILLE    OR 97128

**SHIP TO:** 2

EVERGREEN AIR CENTER INC
BLDG 61
PINAL AIR PARK
MARANA          AZ 85653
U.S.A.

| | |
|---|---|
| **TERMS:** | Net 30 |
| | 30 days from inv date |
| **ORDER:** | 11748803 |
| **ORDER DATE:** | 01/04/12 |
| **CUSTOMER P.O.:** | 489J1950 |

| | |
|---|---|
| **METHOD:** | UPS BLUE - COLLECT |
| **SALESPERSON:** | PHOENIX HOUSE ACCOUNT |
| **CURRENCY:** | United States Dollar |

| LINE | ITEM / DESCRIPTION | QUANTITY / UNIT PRICE | SELL UOM / PRICE UOM | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| | CRTN 000001 TRACK# 1Z7557550228883108 | | | | |
| | CUSTOMER UPS COLLECT ACC# WA1 344 | | | | |
| 2 6Z 25TD47 | | 3 | EA | | 1,577.19 |
| | FILTER: COALESCER | 525.73 | EA | | |
| | Line Lot/Serial Details: | | | | |
| | 0511739569   EA | 3 | | | |
| | Sales Tax | | | | 0.00 |

**CERTIFICATE OF CONFORMANCE**

It is hereby certified that Aviall Services, Inc., is an approved distributor and meets all requirements of ISO9001, AS9100, AS9120 and AC 00-56 at 2750 Regent Blvd. DFW Airport, Texas. The products, articles or parts referenced on this document are in new or overhauled condition and were purchased from an approved source (FAA, EASA, TCCA, MIl Spec or Commercial). The Original Manufacturers' Certifications are maintained on file at our central office location, and copies are available upon request at at Aviall.com. For overhauled or repaired products, articles or parts, the original FAA 8130-3 / EASA Form 1 (Return to Service) or Yellow Tag, from the FAA/JAA/EASA approved Air Agency are attached to the component.

Signature
JR Hofmann, Director, Quality Assurance & Training          01/04/12
Date

AV24 R2-99

| | |
|---|---|
| **FREIGHT CHARGE:** | 0.00 |
| **FUEL SURCHARGE:** | 0.00 |
| **GROSS AMOUNT:** | 1,577.19 |
| **INVOICE DISCOUNT:** | 0.00 |
| **NET AMOUNT:** | 1,577.19 |
| **TAX AMOUNT:** | 0.00 |
| **DOWN PAYMENT:** | 0.00 |
| **NET AMOUNT DUE:** | 1,577.19 |

THIS IS TO CERTIFY THAT AVIALL HAS COMPLIED WITH THE PROVISIONS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.



# INVOICE

| | ALL RETURNED MERCHANDISE IS SUBJECT TO A HANDLING CHARGE |
|---|---|

**Questions? Call 1-800-AVIALL-1**

PAGE: 1

**REMIT TO:**

| **INVOICE:** | 2400443685 | **SHIP NBR:** | 6871003 |
|---|---|---|---|
| **INVOICE DATE:** | 01/05/12 | | |
| **DUE DATE:** | 02/04/12 | | |

AVIALL INC.
PO BOX 671220
DALLAS            TX 75389-0207

**BILL TO:      CUSTOMER:      294280**

EVERGREEN INTERNATIONAL A/L
3850 THREE MILE LANE
MCMINNVILLE    OR 97128

**SHIP TO:      4**

EVERGREEN INTL AIRLINES INC.
BLDG 87
CARGO PLAZA RD
JFK INTERNATIONAL AIRPORT
JAMAICA            NY 11430
U.S.A.

**TERMS:**   Net 30
30 days from inv date

| **ORDER:** | 11809082 | **METHOD:** | UPS RED - COLLECT |
|---|---|---|---|
| **ORDER DATE:** | 01/05/12 | **SALESPERSON:** | BURT STIMSON |
| **CUSTOMER P.O.:** | 490EJ1872 | **CURRENCY:** | United States Dollar |

| LINE | ITEM | QUANTITY | SELL UOM | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| | DESCRIPTION | UNIT PRICE | PRICE UOM | | |
| | CRTN 000001 TRACK# 1Z7557550128898890 | | | | |
| | CUSTOMER UPS COLLECT ACC# A85-6X8 | | | | |
| 1 | 5G 9061M30G01 | 1 EA | | | 298.50 |
| | BRACKET: TURBINE, LOW PRESSURE | 298.50 EA | | | |
| | Line Lot/Serial Details: | | | | |
| | 0511728791   EA | 1 | | | |
| | Sales Tax | | | | 0.00 |

**CERTIFICATE OF CONFORMANCE**

It is hereby certified that Aviall Services, Inc., is an approved distributor and meets all requirements of ISO9001, AS9100, AS9120 and AC 00-56 at 2750 Regent Blvd. DFW Airport, Texas. The products, articles or parts referenced on this document are in new or overhauled condition and were purchased from an approved source (FAA, EASA, TCCA, Mil Spec or Commercial). The Original Manufacturers' Certifications are maintained on file at our central office location, and copies are available upon request or at Aviall.com. For overhauled or repaired products, articles or parts, the original FAA 8130-3 / EASA Form 1 (Return to Service) or Yellow Tag, from the FAA/JAA/EASA approved Air Agency are attached to the component.

Signature _____   JR Hofmann, Director, Quality Assurance & Training   01/05/12   Date

| | |
|---|---|
| **FREIGHT CHARGE:** | 0.00 |
| **FUEL SURCHARGE:** | 0.00 |
| **GROSS AMOUNT:** | 298.50 |
| **INVOICE DISCOUNT:** | 0.00 |
| **NET AMOUNT:** | 298.50 |
| **TAX AMOUNT:** | 0.00 |
| **DOWN PAYMENT:** | 0.00 |
| **NET AMOUNT DUE:** | 298.50 |

AV24 R2-99          THIS IS TO CERTIFY THAT AVIALL HAS COMPLIED WITH THE PROVISIONS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.



# INVOICE

ALL RETURNED MERCHANDISE IS SUBJECT TO A HANDLING CHARGE

Questions? Call 1-800-AVIALL-1

PAGE: 1

| | | | |
|---|---|---|---|
| **INVOICE:** | 2400443821 | **SHIP NBR:** | 6873592 |
| **INVOICE DATE:** | 01/06/12 | | |
| **DUE DATE:** | 02/05/12 | | |

**REMIT TO:**

AVIALL INC.
PO BOX 671220
DALLAS                    TX 75389-0207

**BILL TO:     CUSTOMER:**     294280

EVERGREEN INTERNATIONAL A/L
3850 THREE MILE LANE
MCMINNVILLE    OR 97128

**SHIP TO:**     2

EVERGREEN AIR CENTER INC
BLDG 61
PINAL AIR PARK
MARANA                    AZ 85653
U.S.A.

| | |
|---|---|
| **TERMS:** | Net 30 |
| | 30 days from inv date |
| **ORDER:** | 11813407 |
| **ORDER DATE:** | 01/06/12 |
| **CUSTOMER P.O.:** | 489EJ1767 |

**METHOD:** UPS BLUE - COLLECT
**SALESPERSON:** PHOENIX HOUSE ACCOUNT
**CURRENCY:** United States Dollar

| LINE | ITEM / DESCRIPTION | QUANTITY SELL UOM / UNIT PRICE PRICE UOM | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|
| | CRTN 000001 TRACK# 1Z7557550228909643 | | | |
| | CUSTOMER UPS COLLECT ACC# V29 2F2 | | | |
| 1 | E6 108506 | 2 EA | | 1,362.00 |
| | FILTER-MOISTURE | 681.00 EA | | |
| | Line Lot/Serial Details: | | | |
| | 1109177130   EA | 2 | | |
| | Sales Tax | | | 0.00 |

**CERTIFICATE OF CONFORMANCE**

It is hereby certified that Aviall Services, Inc. is an approved distributor and meets all requirements of ISO9001, AS9100, AS9120 and AC 00-56 at 2750 Regent Blvd, DFW Airport, Texas. The products, articles or parts referenced on this document are in new or overhauled condition and were purchased from an approved source (FAA, EASA, TCCA, Mil Spec or Commercial). The Original Manufacturers' Certifications are maintained on file at our central office location, and copies are available upon request or at Aviall.com. For overhauled or repaired products, articles or parts, the original FAA 8130-3 / EASA Form 1 (Return to Service) or Yellow Tag, from the FAA/JAA/EASA approved Air Agency are attached to the component.

Signature                    JR Hofmann, Director, Quality Assurance & Training          01/06/12
                                                                                                  Date

| | |
|---|---|
| **FREIGHT CHARGE:** | 0.00 |
| **FUEL SURCHARGE:** | 0.00 |
| **GROSS AMOUNT:** | 1,362.00 |
| **INVOICE DISCOUNT:** | 0.00 |
| **NET AMOUNT:** | 1,362.00 |
| **TAX AMOUNT:** | 0.00 |
| **DOWN PAYMENT:** | 0.00 |
| **NET AMOUNT DUE:** | 1,362.00 |

AV24 R2-99          THIS IS TO CERTIFY THAT AVIALL HAS COMPLIED WITH THE PROVISIONS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.



**AVIALL.**

Questions? Call 1-800-AVIALL-1

# INVOICE

ALL RETURNED MERCHANDISE IS
SUBJECT TO A HANDLING CHARGE

PAGE: 1.

| | | | |
|---|---|---|---|
| **INVOICE:** | 2400445006 | **SHIP NBR:** | 196067 |
| **INVOICE DATE:** | 01/19/12 | | |
| **DUE DATE:** | 02/18/12 | | |
| **BILL TO:** | **CUSTOMER:** | 294280 | |

REMIT TO:
AVIALL INC.
PO BOX 671220
DALLAS        TX 75389-0207

EVERGREEN INTERNATIONAL A/L
3850 THREE MILE LANE
MCMINNVILLE    OR 97128

SHIP TO:
EVERGREEN INTERNATIONAL A/L
3830 OLD INTERNATIONAL AIRPORT
ANCHORAGE        AK 99502
U.S.A.

| | |
|---|---|
| **TERMS:** | Net 30 |
| | 30 days from inv date |
| **ORDER:** | 11853665 |
| **ORDER DATE:** | 01/18/12 |
| **CUSTOMER P.O.:** | 400EJ1973 |

**METHOD:** UPS BLUE - COLLECT
**SALESPERSON:** DOUG COLE
**CURRENCY:** United States Dollar

| LINE | ITEM | QUANTITY | SELL UOM | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| | DESCRIPTION | UNIT PRICE | PRICE UOM | | |
| | CRTN 000001 TRACK# 1Z9480570211450943 | | | | |
| | CUSTOMER UPS COLLECT ACC# A85-6X8 | | | | |
| 1 | 19 MS20995C41SS1LB | 1 RL | | | 7.76 |
| | WIRE: LOCK,SS,.041,1LB | 7.76 RL | | | |
| | Line Lot/Serial Details: | | | | |
| | 1011082891 RL | 1 | | | |
| | 221 feet per pound or canister | | | | |
| 2 | 19 MS20995C32SS1LB | 4 RL | | | 31.88 |
| | WIRE: LOCK,SS,.032,1LB | 7.97 RL | | | |
| | Line Lot/Serial Details: | | | | |
| | 1111132099 RL | 4 | | | |
| 3 | 19 MS20995C25SS1LB | 1 RL | | | 8.83 |
| | WIRE: LOCK,SS,.025,1LB | 8.83 RL | | | |
| | Line Lot/Serial Details: | | | | |
| | 0811914690 RL | 1 | | | |
| | Sales Tax | | | | 0.00 |

**CERTIFICATE OF CONFORMANCE**

It is hereby certified that Aviall Services, Inc., is an approved distributor and meets all requirements of ISO9001, AS9100, AS9120 and AC 00-56 at 7750 Regent Blvd. DFW Airport, Texas. The products, articles or parts referenced on this document are in new or overhauled condition and were purchased from an approved source (FAA, EASA, TCCA, Mil Spec or Commercial). The Original Manufacturers' Certifications are maintained on file at our central office location, and copies are available upon request at Aviall.com. For overhauled or repaired products, articles or parts, the original FAA 8130-3 / EASA Form 1 (Return to Service) or Yellow Tag from the FAA/JAA/EASA approved Air Agency are attached to the component.

Signature   JR Holmann, Director, Quality Assurance & Training

01/19/12
Date

AV24 R2-99        THIS IS TO CERTIFY THAT AVIALL HAS COMPLIED WITH THE PROVISIONS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.

| | |
|---|---|
| **FREIGHT CHARGE:** | 0.00 |
| **FUEL SURCHARGE:** | 0.00 |
| **GROSS AMOUNT:** | 48.47 |
| **INVOICE DISCOUNT:** | 0.00 |
| **NET AMOUNT:** | 48.47 |
| **TAX AMOUNT:** | 0.00 |
| **DOWN PAYMENT:** | 0.00 |
| **NET AMOUNT DUE:** | 48.47 |



# AVIALL

**Questions? Call 1-800-AVIALL-1**

# INVOICE

ALL RETURNED MERCHANDISE IS
SUBJECT TO A HANDLING CHARGE

**PAGE:** 1

**REMIT TO:**
AVIALL INC.
PO BOX 671220
DALLAS          TX 75389-0207

| | |
|---|---|
| **INVOICE:** | 2600190241   **SHIP NBR:** 138583 |
| **INVOICE DATE:** | 09/02/11 |
| **DUE DATE:** | 10/02/11 |

**BILL TO:     CUSTOMER:** 294280

EVERGREEN INTERNATIONAL A/L
3850 THREE MILE LANE
MCMINNVILLE    OR 97128

**SHIP TO:** 4
EVERGREEN INTL AIRLINES INC.
BLDG 87
CARGO PLAZA RD
JFK INTERNATIONAL AIRPORT
JAMAICA            NY 11430
U.S.A.

**TERMS:** Net 30
30 days from inv date

| | | | |
|---|---|---|---|
| **ORDER:** | 11394683 | **METHOD:** | UPS - PREPAID |
| **ORDER DATE:** | 09/01/11 | **SALESPERSON:** | BURT STIMSON |
| **CUSTOMER P.O.:** | 400EJ0939 | **CURRENCY:** | United States Dollar |

| LINE | ITEM | QUANTITY | SELL UOM | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| | DESCRIPTION | UNIT PRICE | PRICE UOM | | |
| | CRTN 000001 TRACK# 1ZR031210311560131 | | | | |
| | CUSTOMER UPS COLLECT ACC# A85-6X8 | | | | |
| 1 | ON CH31905 | 3 EA | | | 1,592.25 |
| | LGNTER CF6 | 530.75 EA | | | |
| | CF6 | | | | |
| | Line Lot/Serial Details: | | | | |
| | 1110516118  EA | 3 | | | |
| | | | | | |
| | Sales Tax | | | | 0.00 |

**CERTIFICATE OF CONFORMANCE**

It is hereby certified that Aviall Services, Inc., is an approved distributor and meets all requirements of ISO9001, AS9100, AS9120 and AC 00-56 at 2750 Regent Blvd. DFW Airport, Texas. The products, articles or parts referenced on this document are in new or overhauled condition and were purchased from an approved source (FAA, EASA, TCCA, Mil Spec or Commercial). The Original Manufacturers' Certifications are maintained on file at our central office location, and copies are available upon request or at Aviall.com. For overhauled or repaired products, articles or parts, the original FAA 8130-3 / EASA Form 1 (Return to Service) or Yellow Tag, from the FAA/JAA/EASA approved Air Agency are attached to the component.

**Signature**     JR Hofmann, Director, Quality Assurance & Training     09/02/11
Date

| | |
|---|---|
| **FREIGHT CHARGE:** | 0.00 |
| **FUEL SURCHARGE:** | 0.00 |
| **GROSS AMOUNT:** | 1,592.25 |
| **INVOICE DISCOUNT:** | 0.00 |
| **NET AMOUNT:** | 1,592.25 |
| **TAX AMOUNT:** | 0.00 |
| **DOWN PAYMENT:** | 0.00 |
| **NET AMOUNT DUE:** | 1,592.25 |

AV24 R2-99     THIS IS TO CERTIFY THAT AVIALL HAS COMPLIED WITH THE PROVISIONS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.



# INVOICE

ALL RETURNED MERCHANDISE IS
SUBJECT TO A HANDLING CHARGE

Questions? Call 1-800-AVIALL-1

**PAGE:** 1

|  |  |  |  |
|---|---|---|---|
| **INVOICE:** | 2600192067 | **SHIP NBR:** | 139573 |
| **INVOICE DATE:** | 09/22/11 | | |
| **DUE DATE:** | 10/22/11 | | |

**REMIT TO:**
AVIALL INC.
PO BOX 671220
DALLAS          TX 75389-0207

**BILL TO:     CUSTOMER:**     294280

EVERGREEN INTERNATIONAL A/L
3850 THREE MILE LANE
MCMINNVILLE    OR 97128

**SHIP TO:**      4
EVERGREEN INTL AIRLINES INC.
BLDG 87
CARGO PLAZA RD
JFK INTERNATIONAL AIRPORT
JAMAICA              NY 11430
U.S.A.

**TERMS:**  Net 30
         30 days from inv date

|  |  |  |  |
|---|---|---|---|
| **ORDER:** | 11394683 | **METHOD:** | UPS - PREPAID |
| **ORDER DATE:** | 09/01/11 | **SALESPERSON:** | BURT STIMSON |
| **CUSTOMER P.O.:** | 400BJ0939 | **CURRENCY:** | United States Dollar |

| LINE | ITEM | QUANTITY | SELL UOM | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| | DESCRIPTION | UNIT PRICE | PRICE UOM | | |
| | CRTN 000001 TRACK# 1ZR031210311570924 | | | | |
| | CUSTOMER UPS COLLECT ACC# A85-6X8 | | | | |
| 1 | 0N CH31905 | 2 | EA | | 1,061.50 |
| | IGNTER CP6 | 530.75 | EA | | |
| | CF6 | | | | |
| | Line Lot/Serial Details: | | | | |
| | 0811889344  EA | 2 | | | |
| | Sales Tax | | | | 0.00 |

**CERTIFICATE OF CONFORMANCE**

It is hereby certified that Aviall Services, Inc., is an approved distributor and meets all requirements of ISO9001,
AS9100, AS9120 and AC 00-56 at 2750 Regent Blvd. DFW Airport, Texas.  The products, articles or parts
referenced on this document are in new or overhauled condition and were purchased from an approved source
(FAA, EASA, TCCA, Mil Spec or Commercial).  The Original Manufacturers' Certifications are maintained on
file at our central office location, and copies are available upon request or at Aviall.com.  For overhauled or
repaired products, articles or parts, the original FAA 8130-3 / EASA Form 1 (Return to Service) or Yellow Tag
from the FAA/JAA/EASA approved Air Agency are attached to the component.

**Signature**          JR Hofmann, Director, Quality Assurance & Training          09/22/11
                                                                           Date

| | |
|---|---|
| **FREIGHT CHARGE:** | 0.00 |
| **FUEL SURCHARGE:** | 0.00 |
| **GROSS AMOUNT:** | 1,061.50 |
| **INVOICE DISCOUNT:** | 0.00 |
| **NET AMOUNT:** | 1,061.50 |
| **TAX AMOUNT:** | 0.00 |
| **DOWN PAYMENT:** | 0.00 |
| **NET AMOUNT DUE:** | 1,061.50 |

THIS IS TO CERTIFY THAT AVIALL HAS COMPLIED WITH THE PROVISIONS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.

# EXHIBIT B



# CIVIL CASE COVER SHEET

**COURT:** **DISTRICT**   12 - 06468   **CAUSE NUMBER:** _____   A-14th

This Civil Cover Sheet should be completed and filed with the original petition. The information should be the best available at the time of filing, understanding that the information may change before trial.

This information does not constitute a discovery request, response, or supplementation, and is not admissible at trial.

2012 JUN -8   3: 28

JAN I FITZSIMMONS
DAS DISTRICT CLERK
DALLAS CO., TEXAS

------DEPUTY

---

**1. Styled:**   Aviall Services, Inc., Plaintiff v. Evergreen International Airlines, Inc., Defendant

**2. Party filing this cover sheet:**

| | |
|---|---|
| Check one: | ☒ Attorney for Plaintiff(s)   ☐ Plaintiff(s) |
| Name: | Neil J. Orleans |
| Address: | 1201 Elm Street, Suite 4800 |
| City/St/ZIP: | Dallas, Texas 75270 |
| Telephone: | (214) 969-5454 |
| Fax: | (214) 969-5902 |
| Email: | neilo@gucl.com |
| State Bar No.: | 15303500 |
| Signature: | Neil J. Orleans |

**3. Plaintiff(s) (list separately)**

a. Aviall Services, Inc.

b. _____

c. _____

**4. Defendant(s) (list separately)**

a. Evergreen International Airlines, Inc.

b. _____

c. _____

[Attach additional page as necessary to list all parties.]

---

**5. Indicate case type (check only one):**

| CONTRACT | INJURY OR DAMAGE | REAL PROPERTY | OTHER CIVIL |
|---|---|---|---|
| *Debt/Contract* <br> ☐ Consumer/DTPA <br> ☒ Debt/Contract <br> ☐ Fraud/Misrepresentation <br> ☐ Other Debt/Contract: <br><br> *Employment* <br> ☐ Discrimination <br> ☐ Retaliation <br> ☐ Termination <br> ☐ Other Employment: <br><br> *Foreclosure* <br> ☐ Home Equity - Expedited <br> ☐ Other Foreclosure <br> ☐ Franchise <br> ☐ Insurance <br> ☐ Landlord/Tenant <br> ☐ Non-Competition <br> ☐ Partnership <br> ☐ Other Contract: | ☐ Assault/Battery <br> ☐ Construction <br> ☐ Defamation <br> *Malpractice* <br> ☐ Accounting <br> ☐ Legal <br> ☐ Medical <br> ☐ Other Professional Liability: <br><br> ☐ Motor Vehicle Accident <br> ☐ Premises <br> ☐ Product Liability <br>   List product: <br> ☐ Other Injury or Damage: | ☐ Eminent Domain/Condemnation <br> ☐ Partition <br> ☐ Quiet Title <br> ☐ Trespass to Try Title <br> ☐ Other Property: <br><br><br> **TAX** <br> ☐ Tax Appraisal <br> ☐ Tax Delinquency | ☐ Administrative Appeal <br> ☐ Antitrust/Unfair Competition <br> ☐ Code Violations <br> ☐ Expunction <br> ☐ Foreign Judgment <br> ☐ Intellectual Property <br> ☐ Lawyer Discipline <br> ☐ Name Change <br> ☐ Perpetuate Testimony <br> ☐ Securities/Stock <br> ☐ Tortuous Interference <br> ☐ Seizure/Forfeiture <br> ☐ Worker's Comp <br> ☐ Other: |

| PROBATE & MENTAL HEALTH | |
|---|---|
| ☐ Guardianship – Adult <br> ☐ Guardianship – Minor <br> ☐ Probate/Wills/Intestate Administration <br> ☐ Other: | ☐ Mental Health |

---

**6. Indicate sub-topic, if relevant:**

| | | | |
|---|---|---|---|
| ☐ Appeal from municipal/justice court | ☐ Class Action | ☐ License | ☐ Receiver |
| ☐ Attachment | ☐ Declaratory Judgment | ☐ Mandamus | ☐ Sequestration |
| ☐ Bill of Review | ☐ Garnishment | ☐ Post-Judgment | ☐ TRO/Injunction |
| ☐ Certiorari | ☐ Interpleader | ☐ Prejudgment Remedy | ☐ Turnover |

**7. Has this case been previously filed, or is it related to a case previously filed, in this county, or in another county or state?**

☐ No
☐ Yes, in this county:  Court: _____  Cause #: _____
☐ Yes, in another county or state:

County: _____  State: _____  Cause #: _____

**8. Level of Discovery:**   ☐ Level 1   ☒ Level 2   ☐ Level 3

# EXHIBIT C

# FORM NO. 353-3 - CITATION
# THE STATE OF TEXAS

To:

EVERGREEN INTERNATIONAL AIRLINES INC
SERVE REGISTERED AGENT CT CORPORATION
350 N ST PAUL STREET SUITE 2900
DALLAS TX 75201

GREETINGS:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m., of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. Your answer should be addressed to the clerk of the **14th District Court at 600** Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **AVIALL SERVICES INC**

Filed in said Court **11th day of June, 2012** against

**EVERGREEN INTERNATIONAL AIRLINES INC**

For Suit, said suit being numbered **DC-12-06462**, the nature of which demand is as follows: Suit on **CNTR CNSMR COM DEBT** etc. as shown on said petition, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County Texas. Given under my hand and the Seal of said Court at office this 13th day of June, 2012.

ATTEST: GARY FITZSIMMONS, Clerk of the District Courts of Dallas County Texas

By: _____
Sheila Bradley
Deputy

---

## CITATION

**SHF1**

## DC-12-06462

**AVIALL SERVICES INC**
vs.
**EVERGREEN INTERNATIONAL AIRLINES INC**

ISSUED THIS
**13th day of June, 2012**

**GARY FITZSIMMONS**
Clerk District Courts,
Dallas County, Texas

By: Sheila Bradley, Deputy

**Attorney for Plaintiff**
Neil Jeffrey Orleans
1201 Elm Street Suite 4800
Dallas Tx  75270
214-969-5454

DALLAS COUNTY CONSTABLE

FEES PAID   FEES NOT PAID

# OFFICER'S RETURN

Case No. : DC-12-06462

Court No.14th District Court

Style: AVIALL SERVICES INC

vs.

EVERGREEN INTERNATIONAL AIRLINES INC

Came to hand on the _____ day of _____, 20 _____ at _____ o'clock _____.M. Executed at _____

within the County of _____ at _____ o'clock _____.M. on the _____ day of _____

20 _____, by delivering to the within named _____

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by

me in serving such process was _____ miles and my fees are as follows:  To certify which witness my hand.

| | | |
|---|---|---|
| For serving Citation | $ _____ | of _____ County, _____ |
| For mileage | $ _____ | |
| For Notary | $ _____ | By _____ Deputy |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____

_____ before me this _____ day of _____, 20 _____

to certify which witness my hand and seal of office.

_____
Notary Public _____ County _____

# EXHIBIT D

45L

671

**FORM NO. 353-3 - CITATION**

**THE STATE OF TEXAS**

To:   EVERGREEN INTERNATIONAL AIRLINES INC
      SERVE REGISTERED AGENT CT CORPORATION
      350 N ST PAUL STREET SUITE 2900
      DALLAS TX 75201

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty   days after you were served this citation and   petition, a default judgment may be taken against you. Your answer should be addressed to the clerk of the **14th District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being AVIALL SERVICES INC

Filed in said Court **11th day of June, 2012** against

**EVERGREEN INTERNATIONAL AIRLINES INC**

For Suit, said suit being numbered **DC-12-06462**, the nature of which demand is as follows:
Suit on **CNTR CNSMR COM DEBT** etc. as shown on said petition, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 13th day of June, 2012.

ATTEST: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County, Texas

_____
Shelia Bradley                           Deputy

0226 792 2012 JUN 29 PH 3:56
DALLAS COUNTY DEPUTY

---

**CITATION**

**SHF 1**

**DC-12-06462**

AVIALL SERVICES INC
vs.
EVERGREEN INTERNATIONAL
AIRLINES INC

**ISSUED THIS
13th day of June, 2012**

GARY FITZSIMMONS
Clerk District Courts,
Dallas County, Texas

By: Shelia Bradley, Deputy

**Attorney for Plaintiff**
Neil Jeffrey Orleans
1201 Elm Street Suite 4800
Dallas Tx 75270
214-969-5454

DALLAS COUNTY CONSTABLE:
FEES PAID
FEES NOT PAID

DALLAS COUNTY SHERIFF
CIVIL WRIT ENFORCEMENT

2012 JUN 14  PH 2: 00

ROUTE CLERK: _____

DATE ENTRY CLERK: _____

DISPOSITION CLERK: _____

SERVICE DILIGENCE

# OFFICER'S RETURN

Case No. : DC-12-06462

Court No.14th District Court

Style: AVIALL SERVICES INC

vs.

EVERGREEN INTERNATIONAL AIRLINES INC

Came to hand on the _____ day of _____, 20 ____, at _____ o'clock _____.M. Executed at _____

within the County of _____ at _____ o'clock ____M. on the _____ day of _____

20 ____, by delivering to the within named _____

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by

me in serving such process was _____ miles and my fees are as follows:   To certify which witness my hand.

For serving Citation     $ _____

For mileage              $ _____ of _____, County, _____

For Notary               $ _____ By _____ Deputy

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____, 20 ____

to certify which witness my hand and seal of office.

_____
Notary Public _____ County

DSO # _____ 22679 _____

# Sheriff's Return



Case # : DC12-06462 _____

Styled : _____ AVIALL SERVICES, INC  VS. _____

_____ ALFRED M NICHOLS _____

Came to hand on the _____ 14 _____ Day of _____ JUNE _____ , 20 ___ 12 ___ at

__2:45__ o'clock _____ PM  Executed by Dallas County Deputy Sheriff at

__1:45__ o'clock _____ PM  On the __15__ Day of __JUNE__ ,20 ___ 12 ___

By ___ SERVING EVERGREN INTERNATIONAL AIRLINES, INC; ITS REGISTERED ___

___ CT CORPORATION SYTEMS, SERVING MARIE GARCIA SENIOR CORPATE ___

___ OPERRATIONS SPECILIST ___

Fee for service _____ $ _____ 75 _____

LUPE  VALDEZ, SHERIFF
DALLAS  COUNTY , TEXAS

Dallas County Sheriff
133 N. Riverfront Blvd LB - 31
Dallas , Tx. 75207  214 - 653 - 3501

BY _____

DEPUTY

# EXHIBIT E



14TH JUDICIAL DISTRICT COURT
GEORGE L. ALLEN COURTS BUILDING
600 COMMERCE STREET
DALLAS, TEXAS 75202-4604

July 02, 2012

FILE COPY


DC-12-06462
AVIALL SERVICES INC  vs.  EVERGREEN INTERNATIONAL AIRLINES INC


ALL COUNSEL OF RECORD AND PRO SE PARTIES:

The above case is set for dismissal, pursuant to Rule 165A, Texas Rules of Civil procedure and pursuant to the inherent power of the Court, on:

**August 10, 2012** at **11:00 AM**

If no answer has been filed you are expected to have moved for a default judgment on or prior to that date. Your failure to have done so will result in the dismissal of the case on the above date.

If you have been unable to obtain service of process and you wish to retain the case on the docket, you must appear on the above date, unless you have obtained a new setting from the court coordinator.


Sincerely,


ERIC V. MOYÉ, DISTRICT JUDGE
14TH DISTRICT COURT
Dallas County, Texas

Cc:
   NEIL JEFFREY ORLEANS
   1201 ELM STREET
   SUITE 4800
   DALLAS TX 75270

# EXHIBIT F

CAUSE NO. DC-12-06462

| | | |
|---|---|---|
| AVIALL SERVICES, INC., | § | IN THE DISTRICT COURT OF |
| Plaintiff, | § | |
| | § | |
| | § | |
| v. | § | DALLAS COUNTY, TEXAS |
| | § | |
| EVERGREEN INTERNATIONAL | § | |
| AIRLINES, INC., | § | |
| Defendant. | § | 14TH JUDICIAL DISTRICT |

## DEFENDANT EVERGREEN INTERNATIONAL AIRLINES, INC.'S ORIGINAL ANSWER AND GENERAL DENIAL

Defendant Evergreen International Airlines, Inc. ("Evergreen") generally denies the allegations in Plaintiff's Original Petition.  Evergreen demands strict proof of all allegations made in the Original Petition and reserves the right to answer in greater particularity reasonably in advance of trial.

## PRAYER

Evergreen asks the Court to dismiss the Original Petition or render judgment that Plaintiff take nothing, and that all costs and fees be taxed against Plaintiff.

Dated:  July 6, 2012                    Respectfully Submitted,

*/s/ Daniel E. Bolia*
Daniel E. Bolia
Texas Bar No. 24064919
Email: Daniel.Bolia@skadden.com
Skadden, Arps, Slate,
  Meagher & Flom LLP
1000 Louisiana, Suite 6800
Houston, Texas 77002
(713) 655-5113 – Telephone
(713) 483-9113 – Facsimile

*Attorney for Defendant Evergreen*
*International Airlines, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on July 6, 2012, a true and correct copy of the foregoing document was served on the following counsel by certified mail, return receipt requested.

Neil J. Orleans
Lindsey L. Reinhardt
GOINS, UNDERKOFLER, CRAWFORD
 & LANGDON, L.L.P.
1201 Elm Street, Suite 4800
Dallas, Texas 75270

*Attorneys for Plaintiff Aviall Services, Inc.*


                                        */s/ Daniel E. Bolia*
                                        Daniel E. Bolia

 Your submission was successful! Your trace number is **ED057J016964240**. The details of your filing are shown below.
This is not your official receipt. Your receipt may be viewed in Review Status after your Filing Status changes to "Confirmation".

**Please Note:** If you select service by mail, fax, or courier for a party, you are responsible for delivering the documents to the selected party. If you select electronic service for a party, the system will automatically serve the documents electronically.

| Timestamp: | |
|---|---|
| 07/06/2012 | 05:47:20 PM |

| Description of Fee | Charged By | Amount |
|---|---|---|
| Texas.gov Administration Fee | EFM | $4.20 |
| ANSWER | Dallas District - Civil | $0.00 |
| Court File America Processing Fee | Court File America | $5.00 |
| Court File America Service Fee | Court File America | $0.00 |
| | **Total cost of filing:** | **$9.20** |

| Personal Information | | | Filing Information | |
|---|---|---|---|---|
| Filer ID: | schwartz2580 | | Style/Case Name: | Aviall Services, Inc. v. Evergreen International Airlines, Inc. |
| Type of Filer: | Attorney | | | |
| Filing Party ID: | schwartz2580 | | Sealed Document: | No |
| Filing Party | Charles W Schwartz | | County Name: | Dallas |
| Law Firm or Organization: | Skadden Arps Slate Meagher & Flom LLP | | Court/Calendar: | District |
| | | | Filing Type: | ANSWER |
| Bar Number: | 17861300 | | Case/Cause Number: | |
| Bar State: | TX | | Special Instructions: | Please file the Answer and email or call me with any issues at rredman@skadden.com or 832/656-5563. |
| Address Line 1 : | 1000 Louisiana Street | | | |
| Address Line 2 : | Suite 6800 | | | |
| City: | Houston | | Client Matter Number: | 013400.00050 |
| State: | TX | | **Service Party(Parties):** | |
| Zip: | 77002 | | Orleans , Neil J. | |
| Phone: | (713) 655-5160 | | | |
| Fax: | (713) 483-9160 | | | |
| Email: | charles.schwartz@skadden.com | | | |

| Billing Information | |
|---|---|
| Billing Name: | C W Schwartz |
| Payment Method: | Credit Card |

| | |
|---|---|
| Address Line 1 : | 1000 Louisiana, Suite 6800 |
| City: | Houston |
| State: | TX |
| Zip Code: | 77002 |
| Credit Card Type: | AMEX |
| Credit Card #: | * * * * * * * * * * * 3007 |
| Expiration Date: | 2014-11-30 |

**Document Information**

| File Name | Document Name | Document Description |
|---|---|---|
| **Lead Document** | | |
| ORIGINAL ANSWER.pdf | Answer | DEFENDANT EVERGREEN INTERNATIONAL AIRLINES, INC.'S ORIGINAL ANSWER AND GENERAL DENIAL |

**Parties List**

| Name | Address | Delivery Method | Service Type | Service Description |
|---|---|---|---|---|